IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE LEE DIRDEN,

    Plaintiff,

v.                                                     CASE NO. 3:23cv4689-RH-ZCB

BENJAMIN WADE GENTRY et al.,

    Defendants.

_____/

**ORDER DISMISSING THE CLAIMS AGAINST THE
DEFENDANTS CITY OF PENSACOLA, ESCAMBIA
COUNTY, JUDGE YOUNG, AND MS. WARRICK**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 61, and the objections, ECF No. 62. I have reviewed de novo the issues raised by the objections. The claims against the defendants City of Pensacola, Escambia County, Judge Charles Young, and Jolie Warrick should be dismissed for the reasons set out in the report and recommendation. This makes it unnecessary to reach the other grounds for dismissal.

    Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The motions to dismiss filed by the defendants City of Pensacola, Escambia County, Judge Charles Young, and Jolie Warrick, ECF Nos. 30, 31, and 32, are granted. The claims against these defendants are dismissed with prejudice.

3. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on February 6, 2024.

                              s/Robert L. Hinkle
                              United States District Judge